# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WILFRED GUY

VERSUS

SERGEANT CALVIN, AND
STATE OF LOUISIANA
THROUGH LOUISIANA
DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS
LOUISIANA STATE PRISON

CONSOLIDATED WITH

RENIL ESCOBAR

VERSUS

SERGEANT CALVIN, AND
STATE OF LOUISIANA
THROUGH LOUISIANA
DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS
LOUISIANA STATE PRISON

CONSOLIDATED WITH

MATT BANKS

VERSUS

SERGEANT CALVIN, AND
STATE OF LOUISIANA
THROUGH LOUISIANA
DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS
LOUISIANA STATE PRISON

CONSOLIDATED WITH

AUGUST PAYNE

VERSUS

SERGEANT ISREAL CALVIT,
AND STATE OF LOUISIANA
THROUGH LOUISIANA
DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS
LOUISIANA STATE PRISON

NO.  2019 CW 0425
(Page 1 of 2)

AUG 1 9 2019

---

In Re:    Renil Escobar and Matt Banks, applying for supervisory
          writs, 20th Judicial District Court, Parish of West
          Feliciana, Nos. 23017 c/w 23259 c/w 23267 c/w 23326.

---

**BEFORE:  McDONALD, WELCH, AND HOLDRIDGE, JJ.**

       **WRIT GRANTED WITH ORDER.**  The district court's March 20,
2019 judgment dismissing Renil Escobar's and Matt Banks' claims
against the defendants is a final appealable judgment.  See La.

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

Code Civ. P. art. 1841; **Yamaha Motor Corporation, U.S.A. v. Bonfanti Industries, Inc.**, 589 So.2d 575, 579 n. 7 (La. App. 1st Cir. 1991).  The writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant Escobar and Banks an appeal pursuant to their notice of intent to seek supervisory review.  See **In Re Howard**, 541 So.2d 195, 197 (La. 1989) (*per curiam*).  Additionally, a copy of this court's order is to be included in the appellate record.

**JMM**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT